# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHN T. ORGAN, JR.                                                    PLAINTIFF

v.                     NO. 4:16-cv-00338-JM

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON                                                           DEFENDANT

## **ORDER OF DISMISSAL**

Pursuant to the Joint Stipulation of Dismissal previously filed, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of October, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE